CARP ET AL. *v.* TEXAS STATE BOARD OF
EXAMINERS IN OPTOMETRY ET AL.

No. 481.  Decided October 23, 1967.

*Thurman Arnold, Robert E. Herzstein, Douglas E. Bergman, Quentin Keith* and *Price Daniel* for appellants.

*Crawford C. Martin,* Attorney General of Texas, *George M. Cowden,* First Assistant Attorney General, *J. C. Davis* and *John Reeves,* Assistant Attorneys General, *Will Garwood* and *Tom Gee,* Special Assistant Attorneys General, and *A. J. Carubbi, Jr.,* for appellee Texas State Board of Examiners in Optometry, and *Ellis Lyons, Bennett Boskey, Charles M. Babb* and *Mark Martin* for other appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

MR. JUSTICE FORTAS took no part in the consideration or decision of this case.